IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIMITRI CASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-00037-RAH |
| | ) |
| THEODORE MYERS, III, and | ) |
| MYERS UNLIMITED, LLC, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 9, 2024, the Magistrate Judge recommended the dismissal of this case without prejudice for failure to state a claim. (Doc. 14.) No timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** that the Recommendation (doc. 14) is **ADOPTED**, and the Plaintiff's Amended Complaint is **DISMISSED without prejudice**.

On October 29, 2024, the Plaintiff filed a *Motion to Withdraw Complaint* and Affidavit in Support. (Docs. 15, 16.) Because the case is being dismissed without prejudice, the Plaintiff's Motion is **DENIED as moot**.

DONE, on this the 30th day of October 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE